# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



YUDA AKO, ET AL.

VS.

CIVIL NO. __99-1088__ (JAF)

THE DREAM TEAM, INC.,
ET AL.

| DESCRIPTION OF MOTION ||
|---|---|
| DATE FILED: 9/15/00 DOCKET: 52 | TITLE: MOTION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE. |
| [X] Plffs.           [] Defts. | |

### O-R-D-E-R

GRANTED. JUDGMENT SHALL BE ENTERED DISMISSING WITHOUT PREJUDICE THE COMPLAINT FILED AGAINST CODEFENDANTS THE DREAM TEAM, INC. AND DEAN HAMILTON. THIS CASE IS NOW CLOSED FOR ALL PURPOSES.

10/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

